UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FIL...

05 APR 21  PM 2: 2.

ROBERT R. DI ...LIO
CLERK, U.S. DI T. CT.
W.D. OF TN, MEMPHIS

---

ALEXANDER MEJIA,

**JUDGMENT IN A CIVIL CASE**

   **Plaintiff,**

**v.**

**MARK LUTTRELL, JR., et al.,**
   **Defendants.**

**CASE NO: 04-3040-B**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

 **IT IS SO ORDERED AND ADJUDGED**  that in accordance with the **Order Of Dismissal** entered on April 20, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

**J. DANIEL BREEN
UNITED STATES DISTRICT COURT**

**4/21/05**
**Date**

ROBERT R. DI TROLIO
_____
**Clerk of Court**

**(By) Deputy Clerk**

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:04-CV-03040 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

Alexander Mejia
W.T.S.P.
381530
P.O. Box 1150
Henning, TN 38041

Honorable J. Breen
US DISTRICT COURT